IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-                                                                                       24-MC-6010

ONE (1) 2022 CRBN T-REX RR,
VEHICLE ID NO.: 2C9T20P47N2145083

Defendant.

---

**STIPULATION TO EXTEND PLAINTIFF'S TIME
TO FILE COMPLAINT IN CIVIL FORFEITURE ACTION**

IT IS HEREBY STIPULATED and agreed upon between and among the United States of America by its attorney, Trini E. Ross, United States Attorney for the Western District of New York, Melanie J. Bailey, Assistant United States Attorney, of counsel, and claimant Lena Catalano, that pursuant to Title 18, United States Code, Section 983(a)(3)(A), the government's time to file a Verified Complaint for Forfeiture is extended from July 8, 2024 to September 9, 2024.

The parties to this Stipulation further agree that Lena Catalano may revoke her consent in writing to extend the time for the government to file its Verified Complaint for Forfeiture against the above-named property, and in that event, the government shall then have ten (10) days from the date the government received notice of such action to file its Verified Complaint for Forfeiture.

1

DATED: Rochester, New York, _____ July 1, 2022<u>4</u>

TRINI E. ROSS
United States Attorney

Dated: __7/1/24__

BY: *Melanie J. Bailey*
Melanie J. Bailey
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
(716) 843-5863

6/29/2024.
Dated: _____

Lena Catalano
_____
Lena Catalano
Claimant